IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Cecil D. Rouse, II,

        Plaintiff(s),

  vs.

Commissioner of Social Security,

        Defendant(s).

Case Number: 1:17cv716

Judge Susan J. Dlott

## ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on December 6, 2018 (Doc. 14), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired December 20, 2018, hereby ADOPTS said Report and Recommendation.

Accordingly, defendant's decision is AFFIRMED as supported by the substantial evidence. This case is hereby TERMINATED from the docket of this Court.

IT IS SO ORDERED.


Judge Susan J. Dlott
United States District Court